JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo, Jr.**, <br><br> Plaintiff, <br><br> v. <br><br> **Thrifty Payless, Inc.,** a California Corporation; and Does 1-10, <br><br> Defendants. | **Case:** 2:19-CV-07801-VAP-FFM <br><br><br> **STIPULATED JUDGMENT** |

Pursuant to the Joint Stipulation of the Parties, Defendant Thrifty Payless, Inc. is hereby **ORDERED** to modify the sales counter at the ice cream bar in its Rite Aid store at 1528 E. Amar Rd., West Covina, California to ensure that:

(1) a portion of sales counter is no higher than 34 inches above the floor, and is at least 36 inches in length, and extends the same depth as the rest of the sales counter in conformance with 36 C.F.R., Part 1191, Appendix D § section 904.4;

(2) there is clear floor space of 30 inches by 48 inches minimum in front of this wheelchair accessible portion of sales counter in compliance with 36 C.F.R., Part 1191, Appendix D § 305; and

(3) the counter will be maintained in readily useable form as required by 28 C.F.R. § 36.211.

The Clerk of Court is directed to close this case.

Dated: May 6, 2020

By: _____
United States District Judge
HON. VIRGINIA A. PHILLIPS

1
Order                                              2:19-CV-07801-VAP-FFM